# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. 11-00151-CG |
| | ) | |
| LOVERNE BOLLWAGE BLACKLEDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Eleventh Circuit's judgment entered on April 4, 2013 (Doc. 456) vacating defendant Blackledge's convictions and remanding case for entry of judgment of acquittal (Doc. 456), and for the reasons as set forth in said judgment, Loverne Bollwage Blackledge is hereby **ADJUDGED not guilty and acquitted** of the offenses of conspiracy to possess with intent to distribute marijuana in violation of Title 21 U.S.C., §§ 841(a)(1) and 846 as charged in Count 1 of the Indictment; and of knowingly and intentionally using a communication facility to facilitate the distribution of marijuana in violation of Title 21 U.S.C., § 843 as charged in Counts 21 and 31 of the Indictment. Therefore, the judgment entered on the docket on February 27, 2012 (Doc. 365) is **VACATED**; and the Indictment against Loverne Bollwage Blackledge dated May 26, 2011 hereby is **DISMISSED with prejudice**.

It is **ORDERED** that Loverne Bollwage Blackledge be immediately **RELEASED** from the custody of the Bureau of Prisons on the charges in this action.

The United States Marshal is **ORDERED** to immediately forward a copy of this order to the appropriate authorities at the Bureau of Prisons.

**DONE and ORDERED** this 10th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE